UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KENNETH WAYNE JOHNSON, | ) CASE NO. CV 11-6008-VAP (PJW) |
|---|---|
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| TIM BUSBY, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 8 2012

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\JOHNSON, K 6008\Judgment.wpd